FILED - USDC -NH
2022 JUL 6 PM 1:12

United States District Court
District of New Hampshire

Ahatucc. v. Mullen, et al

Case 1:21-cv-00237-LM

Response To Report and Recommendation
Dated 07/01/22
Document 25

1.  The case is NOT Based on a State Claim of
Conspiracy, it is The Result of The Conspiracy of
which this case is Based on which is a Conspiracy
" In Violation of The Plaintiff's Fourth
Amendment Right of an Unlawful Seizure
with No Probable Cause - A Claim Under
1983"
As in the Conspiracy the defendant's denied that
the Plaintiff was arrested and Prosecuted For Speeding,
and where Speeding is NOT A Crime in N.H. The arrest
and Prosecution were Unlawful.

2.  There is also a Monell Claim, and a Violation of
The Speedy Trial Claim & Kidnapping For The detention
without Probable cause.

3.  As Besides the arrest & Prosecution For Speeding
The arrest & Prosecution For Disobeying a Police Officer
is an Unlawful Seizure Under The Violation of a
Speedy Trial - Clause.

4.  Therefore the entire Procedure & Rulings in the The Unlawful
Trial that was held long after the limit of Time For the
Police had to hold a Trial - The Trial Rulings are:
Void of No Legal Force

5.  That She States the Ruling of the Trial Court - doobe
Finding her guilty of Disobeying is Void of No Legal
Force - As the Trial should Never have Been Held
The Statute of Limitation's Under a Speedy Trial
Finds That The Trial was Void. Unlawful - A Violation
of The Law
Page 1

6. The Defendant Larry Vogelman Abused his Jurisdiction in Allowing Mullen Summary Judgment when he:

Trespassed Against her Constitutional Rights under FRAUD in/upon the Court, in case 17-237, when he Fraudulently Misrepresented All the evidence in Mullen's Summary Judgment where Mullen ADMITTED the PLAINTIFF was (UNLAWFULLY) ARRESTED for Speeding;

(2) Evidence in the case Files IN AN AFFIDAVIT By the Former Stuart Chase admitting:

Under Oath - that the Plaintiff was a Arrested & Prosecuted For Speeding

(3) Besides other evidence Before LePlant Before he dismissed the PLAINTIFF'S SUMMARY Judgment, AN FRAUDULENTLY Allowed Mullen's Summary Judgment - A Judgment UNDER Fraud which is Void of No Legal Force.

(4) That it was Not the Conspiracy But the Fraudulent Misrepresentation of the Facts and Law that is the issue in this Lawsuit - The Denial of the arrest and Prosecution Under Fraud - The Denial of the Plaintiffs violation of the Fourth Amend. of AN UNLAWFUL Seizure under the Fourth Amendment

Without Probable Cause

As Speeding is Not A Crime In New Hampshire

(5) This is Not About A Conspiracy Claim, This is About Result of the Fraud on/upon the Court IN Violation of her 4th Amendment Right UNDER AN UNLAWFUL Seizure Without Probable Cause

Where UNDER the Violation of the Federal Constitution - There is No IMMUNITY as this is NOT A State claim - This is A Federal Claim. NOT UNDER Color of State LAW.

Page 2

MONELL CLAIM

6. The Violation of the Plaintiff's Rights is Based on Monell For Liability For Ransheico. And as related to LaPlante's version of her Liability claim.

7. Under Monell Even if under one instance, there is Liability when a Policymaking official, such as Chase and the Prosecutor violate the Plaintiff's civil Rights when they violate her Federal Consitutional Rights of an Unlawful Seizure, when there is NO PROBABLE Cause.

8. A Private Citizen does in Fact have interest in the Prosecution of another, where there is No Jail Time.

9. There is Nothing Rational About Mr. LaPlante's Actions Because First of All LaPlante was NOT a Judge when he was Acting in this case, when he was Trespassing Against the Law of Land, when he violated his oath of office - when he committed FRAUD That's not what Judge's do.

10. Therefore Joe LaPlante was Not acting as a Judge and he therefore Under a Violation of her Fed. Const. Rights he Lost Jurisdiction as a Judge. He has No Immunity

11. He was Not Acting as a BAD Judge he was Acting as an Individual. He was Not Acting as a Judge he was Acting as an Individual.

12. My Case, My Claims Are NOT NOT NOT Magistrate Johnstone Claims - her Claims Address a Claim of Conspiracy - This is Not About the Conspiracy This is About the Conspiracy - The Fraud on/upon the Court to Deny the Plaintiff's 4th Amend. Right Not To Be Seized Without Probable Cause.

13. LaPlante's Decisions Are Not Wrong or Improper or Corrupt They Are Void, of No Legal Force

14. Again - There is No No No Immunity in the Violation of a Fed. Const. Right - The Law of the Land Under 1983

Page 3

15. WHEREFORE: THE PLAINTIFF DEMANDS SUMMARY JUDGMENT
UNDER THE VIOLATION OF THE 4th AMEND. UNLAWFUL SEIZURE
WITHOUT PROBABLE CAUSE FOR BOTH SPEEDING & DISOBEYING.
FOR HER MONELL CLAIM AGAINST RANSMEIER & THE VIOLATION
OF A SPEEDY TRIAL. ASKING FOR AN EXPEDITIOUS JURY TRIAL
OF HER PEERS FOR DAMAGES ONLY.


RESPECTFULLY,
Josephine Gonatucci
JULY 6, 2022

C. TOWN OF WOLFFBORO
   RANSMEIER