UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

    v.                                     Case No. 21-cv-237-LM

Mullen et al


ORDER

    After due consideration of the responses filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 1, 2022.

                                     _____
                                     Landya B. McCafferty
                                     Chief Judge

Date: August 18, 2022

cc: Josephine Amatucci, pro se