UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

    v.

Mullen et al

Case No. 21-cv-237-LM

JUDGMENT

In accordance with the Order by Chief Judge Landya B. McCafferty dated August 18, 2022, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 1, 2022, judgment is hereby entered.

By the Court:

/s/ Tracy A. Uhrin
Tracy A. Uhrin
Chief Deputy Clerk

Date: August 19, 2022

cc:   Josephine Amatucci, pro se